CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
<u>Address</u>: 8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff GARY SCHERER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gary Scherer**,<br><br>    Plaintiff,<br><br>    v.<br><br>**Dihmz Properties, LLC,** a California Limited Liability Company;<br>**Mauricio Trejos**; and Does 1-10,<br><br>    Defendants. | **Case No**. 2:20-cv-02857-GW-JPR<br><br>**Request for Entry of Judgment Pursuant to FRCP 68(a)** |

PLEASE TAKE NOTICE THAT Plaintiff has accepted an FRCP 68 Offer of Judgment from Defendant Maricio Trejos on behalf of all Defendants. Attached are: Defendant's Offer (Exhibit 1), Plaintiff's Acceptance (Exhibit 2) and Proof of Service (Exhibit 3).

A plaintiff may seek entry of judgment after accepting a Rule 68 Offer of Judgment.

"If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment."

*Fed. R. Civ. P.* 68(a)

Having accepted the offer of judgment, pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff is now entitled to, and hereby moves for, the clerk's entry of judgment pursuant to the terms of Exhibit 1.

In order to aid entry of judgment, Plaintiff has prepared a proposed judgment intended to be consistent with the terms of Defendant's Offer of Judgment. This proposed order is filed concurrently with this Notice of Acceptance.

Dated: July 22, 2020      CENTER FOR DISABILITY ACCESS

By: /s/ Dennis Price
Dennis Price, Esq.
Attorney for Plaintiff