1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Gary Scherer**,

      Plaintiff,

    v.

**Dihmz Properties, LLC,** a California Limited Liability Company;
**Mauricio Trejos**; and Does 1-10,

      Defendants.

Case: 2:20-cv-02857-GW-JPR

Proposed Judgment

Proposed JUDGMENT                       2:20-cv-02857-GW-JPR

Pursuant to Federal Rule of Procedure 68(a), JUDGMENT is entered in favor of plaintiff Gary Scherer and against defendants of Mauricio Trejos, and Dihmz Properties, LLC, a California Limited Liability Company in the amount of $2,000 together with court costs and reasonable attorneys' fees.

Dated: _____     By:_____
                          Hon.  GEORGE H. WU
                          United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff