UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gary Scherer**, <br><br>  Plaintiff, <br><br> v. <br><br> **Dihmz Properties, LLC,** a California Limited Liability Company; **Mauricio Trejos**; and Does 1-10, <br><br> Defendants. | **Case No**. 2:20-cv-02857-GW-JPR <br><br> [Proposed] **Order Directing Clerk to Enter Judgment** |

Pursuant to Federal Rule of Procedure 68(a), the Clerk is directed to enter judgment consistent with the terms of the Offer of Judgment prepared and served by the Defendants and accepted by the Plaintiff.

The Court retains jurisdiction to enforce the terms of the judgment.

Dated: _____     By:_____
Hon. George H. Wu
United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff