**EXHIBIT 1**

1  **Ronald Gold, Esq., SBN 52416**
2  **Law Offices of Ronald Gold**
   **5264 Del Moreno Dr**
3  **Woodland Hills, CA 91364**
   **Phone- (818) 645-9879**
4  **Fax- (818) 610-8334**
5
6  Dimhz Properties LLC, A California Limited
   Liability Company, Maricio Trejos
7
8
9             UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA
11

| 12 | **Gary Scherer,** | CASE NO. 2:10-cv-02857 |
|---|---|---|
| 13 | Plaintiff, | |
| 14 | | **OFFER OF JUDGMENT** |
| 15 | v. | **(FRCP 68)** |
| 16 | | |
| 17 | **Dimhz Properties LLC,** A California Limited Liability Company**, Maricio Trejos**; and Does 1-10 | Trial Date: None |
| 18 | | |
| 19 | Defendants**.** | |
| 20 | | |
| 21 | | |

22      Defendant Maricio Trejos on behalf of all Defendants hereby offers to allow

23  entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as

24  follows: Judgment in favor of plaintiff Gary Scherer against defendants Maricio

25

26  Trejos; Dimhz Properties LLC, A California Limited Liability Company in the sum

27

28  Case No. 2:1**0**-cv-0**2857**          **OFFER OF JUDGMENT**

of $2,000.00, together with court costs and reasonable attorneys' fees. Defendants have already remedied all the issues listed in the complaint.

                                            Respectfully Submitted,

Dated:       May 12, 2020            Law Offices of Ronald Gold

                                       By: /s/ _____
                                            Ronald Gold,
                                              Attorneys for Defendants
                              Dimhz Properties LLC,  Maricio Trejos

Case No. 2:1**0**-cv-0**2857**            **OFFER OF JUDGMENT**

| | |
|---|---|
| 28 | Case No. 2:1**0**-cv-0**2857**     **OFFER OF JUDGMENT** |