**EXHIBIT 2**

CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com
Attorneys for Plaintiff GARY SCHERER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gary Scherer**, <br><br>        Plaintiff, <br><br>   v. <br><br> **Dihmz Properties, LLC,** a California Limited Liability Company; <br> **Mauricio Trejos**; and Does 1-10, <br><br>        Defendants. | **Case No.** 2:20-cv-02857-GW-JPR <br><br> **Notice of Acceptance of Offer of Judgment** |

PLEASE TAKE NOTICE THAT Plaintiff accepts the FRCP Offer of Judgment served by Defendant Maricio Trejos on behalf of all Defendants. (Exhibit 1).

Dated: May 21, 2020            CENTER FOR DISABILITY ACCESS

                               By: /s/ Dennis Price
                                   Dennis Price, Esq.
                                   Attorney for Plaintiff

1

Notice of Acceptance            Case No. 2:20-cv-02857-GW-JPR