**EXHIBIT 3**

# PROOF OF SERVICE
## SCHERER V. DIHMZ PROPERTIES, LLC
## 2:20-CV-02857-GW-JPR

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 8033 Linda Vista Rd Suite 200 San Diego Ca 92111.

On May 21, 2020 I served the following document(s):
-**Notice of Acceptance of Offer of Judgment**
-**Exhibit 1**

Addressed to:

| Ronald Gold<br>Ronald Gold Law Offices<br>20058 Ventura Boulevard Suite 59<br>Woodland Hills, CA 91364 | Howard Goodman<br>18321 Ventura Blvd., Suite 755<br>Tarzana, CA 91356 |
|---|---|

☑ **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ **BY FACSIMILE:** In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ **BY OVERNIGHT EXPRESS:** I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box in San Diego, California.

☐ **BY PERSONAL SERVICE:** I caused said documents to be personally served on all listed recipients Via ASAP Legal Services.

☐ **BY ELECTRONIC MAIL TRANSMISSION:** via email. I caused the listed documents to be electronically filed and or subsequently emailed to the above recipients.

Executed on May 21, 2020, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Kayla Drayton